IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-00060-MSK-BNB | Date: January 24, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

ALENE HENRY,                                        Glorimil Walker

        Plaintiff,

v.

NATIONAL HOUSING PARTNERSHIP,          Nicholas Billings

        Defendant,

APARTMENT INVESTMENT AND                  Christopher Toll
MANAGEMENT COMPANY,

        Interested Party,

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Motion for protective order by David Robertson filed January 10, 2008; doc. 1 is denied as stated on the record.**

Court in Recess     2:12 p.m.     Hearing concluded.

Total time in Court:    00:42