IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00060-MSK-BNB

ALENE HENRY,

Plaintiff,

v.

NATIONAL HOUSING PARTNERSHIP,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Motion for Protective Order** [Doc. # 1, filed 1/10/2008] by non-party witness David Robertson. I held a hearing on the motion this afternoon and made rulings on the record. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Protective Order is DENIED. Mr. Robertson shall make himself available for a deposition, not to exceed three hours in length, at a date and time as the parties and Mr. Robertson may agree during the period February 5-7, 2008.

Dated January 24, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge